UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BOZENA WILK, MARINA GETTS, and LYUDMILA NESTEROVA, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

VIP HEALTH CARE SERVICES, INC., SHLOMO APPEL, THE CITY OF NEW YORK, NEW YORK CITY HUMAN RESOURCES ADMINISTRATION and ROBERT DOAR, as Commissioner of NYC Human Resources Administration,

                Defendants.

Case No. 10-cv-5530 (JMA)

## **STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE**

        IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Bozena Wilk, Marina Getts and Lyudmila Nesterova (collectively "Plaintiffs") and Defendants VIP Health Care Services, Inc. and Shlomo Appel (collectively "Defendants") that the terms of the parties' settlement agreement in this matter having been reviewed by the Court and found to be fair and reasonable, the above-captioned action shall be dismissed in its entirety, with prejudice, in accordance with the terms of the parties' Negotiated Settlement Agreement and General Release.

        IT IS FURTHER STIPULATED AND AGREED that this Court shall retain jurisdiction for purposes of enforcing the parties' settlement agreement.

Respectfully submitted,

ROBERT WISNIEWSKI P.C.
*Attorneys for Plaintiffs*
225 Broadway, Suite 1020
New York, New York 10007
(212) 267-2101

By: _____
Robert Wisniewski

Dated: 12/10, 2014

JACKSON LEWIS P.C.
*Attorneys for Defendants*
666 Third Avenue, 29th Floor
New York, New York 10017
(212) 545-4000

By: _____
Felice B. Ekelman
Jason A. Zoldessy

Dated: Dec. 15, 2014

SO ORDERED on this _____ day of _____, 2014.

_____
Hon. Joan M. Azrack
United States Magistrate Judge